Lucile BLUFORD, Appellant, v. S. W. CANADA.

No. 11979.

Circuit Court of Appeals, Eighth Circuit.

April 3, 1941.

Charles H. Houston, of Washington, D. C., and Carl R. Johnson, of Kansas City, Mo., for appellant.

William S. Hogsett, of Kansas City, Mo., Kenneth Teasdale, of St. Louis, Mo., and Rubey M. Hulen, of Columbia, Mo., for appellee.

See, also, 1 F.R.D. 567.

PER CURIAM.

Appeal from District Court, 32 F.Supp. 707, docketed and dismissed at costs of appellant, but without taxation of attorneys' docket fee in favor of appellee.

James W. BRANDON, Bankrupt, Appellant, v. Joseph T. TATE.

No. 11995.

Circuit Court of Appeals, Eighth Circuit.

April 28, 1941.

David K. Breed, of St. Louis, Mo., for appellant.

Joseph T. Tate, of Owensville, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, with costs on motion of appellee.

COMMISSIONER OF INTERNAL REVENUE, v. Daniel ARONSON, Guardian for Herbert Hellman Aronson, a Minor, and Commissioner of Internal Revenue, vs. Daniel Aronson, as Guardian for Marco Hellman Aronson, a Minor.

No. 9719.

Circuit Court of Appeals, Ninth Circuit.

May 19, 1941.

Samuel O. Clark, Jr., Asst. U. S. Atty. Gen., for petitioner.

David Livingston and Livingston & Livingston, all of San Francisco, Cal., for respondent.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the petitions to review decisions of the United States Board of Tax Appeals herein be dismissed, that a judgment be filed and entered accordingly, and mandate of this court issued forthwith.

EDISON LIGHT & POWER CO. v. PENNSYLVANIA PUBLIC UTILITY COMMISSION and Utility Consumers League of York, Pa., appellant.

No. 7588.

Circuit Court of Appeals, Third Circuit.

May 6, 1941.

Rehearing Denied June 5, 1941.

Before MARIS and JONES, Circuit Judges, and WALKER, District Judge.

Sylvan H. Hirsch, of Philadelphia, Pa., for appellant.

Harry H. Frank, of Harrisburg, Pa., for appellee.

PER CURIAM.

The order of the district court is affirmed upon the opinion of Judge Kirkpatrick, 34 F.Supp. 939.